UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 00-cr-90036-1
                              Hon. Matthew F. Leitman

D1, RILEY TROY GRAHAM

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S REQUEST**
**FOR EXTENSION OF TIME (ECF #740)**

On August 21, 2020, Defendant Riley Graham filed a Motion to Vacate Sentence. (*See* Mot., ECF No. 731.) On August 28, 2020, this Court directed Graham to show cause as to why the Court should not dismiss his Motion to Vacate as untimely filed. (*See* Show Cause Order, ECF No. 733.) On November 30, 2020, Graham requested an extension for 15 days to fully respond. (*See* Def. Reply, ECF No. 740.) This request for an extension is **GRANTED.** The Court will give Graham more time than he has requested. Graham has until **February 15, 2021,** to submit his response to the Court's show cause order.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: December 17, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda  
                                        Case Manager  
                                        (810) 341-9764